IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THURMAN MEARIN, )<br>             Plaintiff, )<br>                       )<br>   vs.                    )<br>                       )<br>LOUIS FOLINO, Superintendent, )<br>ROBERT B. MACINTYRE, Chief Hearing )<br>Examiner, F. NUNEX, Hearing Examiner, )<br>SUSAN COWAN, Program Review )<br>Committee, ROBERT DIETZ, Program )<br>Review Committee, MIKE IVAN, Program )<br>Review Committee, MAJOT LORINDA )<br>WINFILED, LT. E. GREGO, LT. ROBERT )<br>L. KENNEDY, LT. S.P. DURCO, )<br>WALLACE DITTSWORTH, Food )<br>Manager, CARLA SWARTZ, Unit )<br>Manager, PAUL PALYA, Unit Manager, )<br>DORINDA VARNER, Chief Grievance )<br>Officer, M. DIALESANDOR, Program )<br>Review Committee, DR. YANAKS, )<br>Psychologist, DAN DAVIS, Assistant )<br>Superintendent, SGT. YOUNKIN, R.H.U., )<br>COL. WILCHER, R.H.U., COL. )<br>MARTAIN, R.H.U., COL. GIFFORD, )<br>R.H.U., COL. MOORE, COL. )<br>HARKLEROAD, LT. D. MITCHELL, )<br>COL. W. SHAWLEY. R.H.U., COL. )<br>KNIGHT, R.H.U., COL. BARCHIESI, )<br>R.H.U., COL. A. SHAWLEY, R.H.U, )<br>PETE VIDONISH, Unit Manager, Program )<br>Review Com. )<br>             Defendants. ) | Civil Action No. 11-571<br>District Judge Nora Barry Fischer<br>Magistrate Judge Maureen P. Kelly<br><br>Re: ECF No. 94 |

## **O R D E R**

AND NOW, this 23rd day of September, 2013, after the Plaintiff, Thomas Mearin, filed an action in the above-captioned case, and after the Defendants filed a Motion for Summary Judgment, (Docket No. [94]), and after a Report and Recommendation was filed by the United States Magistrate Judge (Docket No. [102]), and upon review of Plaintiff's Objections to said

Report and Recommendation (Docket No. [105]), the Defendants' Response (Docket No. [106]), and the Plaintiff's Objections to Defendants' Response (Docket No. [107]), and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted on behalf of Defendants [94] is GRANTED. An appropriate Judgment follows.

By the Court:

*/s/ Nora Barry Fischer*
NORA BARRY FISCHER
United States District Judge

cc:   Honorable Maureen P. Kelly
      United States Magistrate Judge

   Thurman Mearin
   AM-8063
   SCI Greene
   175 Progress Drive
   Waynesburg, PA 15370

   All Counsel of Record Via CM-ECF