IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THURMAN MEARIN,<br>    Plaintiff,<br><br>vs.<br><br>LOUIS FOLINO, Superintendent, ROBERT B. MACINTYRE, Chief Hearing Examiner, F. NUNEX, Hearing Examiner, SUSAN COWAN, Program Review Committee, ROBERT DIETZ, Program Review Committee, MIKE IVAN, Program Review Committee, MAJOT LORINDA WINFILED, LT. E. GREGO, LT. ROBERT L. KENNEDY, LT. S.P. DURCO, WALLACE DITTSWORTH, Food Manager, CARLA SWARTZ, Unit Manager, PAUL PALYA, Unit Manager, DORINDA VARNER, Chief Grievance Officer, M. DIALESANDOR, Program Review Committee, DR. YANAKS, Psychologist, DAN DAVIS, Assistant Superintendent, SGT. YOUNKIN, R.H.U., COL. WILCHER, R.H.U., COL. MARTAIN, R.H.U., COL. GIFFORD, R.H.U., COL. MOORE, COL. HARKLEROAD, LT. D. MITCHELL, COL. W. SHAWLEY. R.H.U., COL. KNIGHT, R.H.U., COL. BARCHIESI, R.H.U., COL. A. SHAWLEY, R.H.U, PETE VIDONISH, Unit Manager, Program Review Com.<br>    Defendants. | Civil Action No. 11-571<br>District Judge Nora Barry Fischer<br>Magistrate Judge Maureen P. Kelly<br>Re: ECF No. 94 |

# **O R D E R**

AND NOW, this 23rd day of September, 2013, after the Plaintiff, Thomas Mearin, filed an action in the above-captioned case, and after the Defendants filed a Motion for Summary Judgment, (Docket No. [94]), and after a Report and Recommendation was filed by the United States Magistrate Judge (Docket No. [102]), and upon review of Plaintiff's Objections to said

Report and Recommendation (Docket No. [105]), the Defendants' Response (Docket No. [106]), and the Plaintiff's Objections to Defendants' Response (Docket No. [107]), and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted on behalf of Defendants [94] is GRANTED. An appropriate Judgment follows.

By the Court:

*/s/ Nora Barry Fischer*
NORA BARRY FISCHER
United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Thurman Mearin
AM-8063
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

All Counsel of Record Via CM-ECF